SCHOOL CONSTRUCTION CORPORATION, Appellant, v. THE CITY OF NEW YORK and Others, Defendants, and T. A. CLARKE COMPANY and Another, Respondents. (Five Actions.)— Five actions to foreclose five mechanics' liens on subcontracts in connection with the construction of five public schools. Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

HELEN SCHROEDEL, by HELEN SCHROEDEL, Her Guardian ad Litem, Appellant, v. Major FRANK M. BULLARD, as Commander of the Medical Detachment, 156th Field Artillery, New York National Guard, Respondent.—Action by plaintiff to recover damages for personal injuries resulting from the negligent operation of a truck owned by the Medical Detachment, 156th Field Artillery, New York National Guard. Judgment dismissing the plaintiff's complaint unanimously affirmed, with costs. The plaintiff had in effect rested since it was stated by counsel on the trial, " There is no need to put in all the evidence." The theory of the action is that the truck at the time of the accident was in the service of the National Guard, operated by one of its officers. Defendant is not liable. (Military Law, § 15; Carmody v. Davis, 241 App. Div. 88.) Present — Hagarty, Carswell, Scudder, Tompkins and Davis, JJ.

ANNA STERN, Appellant, v. BERNARD J. SNOW, Respondent.— In an action for rent, judgment of the City Court of Mount Vernon in favor of defendant unanimously affirmed, with costs. Appeals from decision and amended decision dismissed. No appeal lies therefrom. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

CHARLES A. TROESCHER, Appellant, v. ROBERT B. CLARK, Respondent.— Order modified by providing that the defendant appear to give testimony, in addition to the matters contained in item 7 of the plaintiff's notice of motion, as to the matters covered by items 3, 4, 5, 6, 9, 10, 11, 12, 13 and 14 of said notice of motion; and that upon such examination the defendant produce checks and check stubs for the purpose of refreshing the witness' recollection, and other records in any way showing the support and contribution by him to Margaret Clark Troescher. The examination is to proceed before the Supreme Court, Special Term, Nassau county, upon five days' notice after the entry of the order. As so modified, the order is affirmed, with ten dollars costs and disbursements to appellant. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

VILLAGE OF LAWRENCE, Respondent, v. GEORGE LEARY and Another, Appellants, and THE CITY OF NEW YORK, Defendant.— Order of the County Court of Nassau county in condemnation proceedings confirming the report of the commissioners of appraisal and overruling the objections thereto unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.